IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERT WILKIE, SECRETARY,<br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>                    Defendant. | CASE NO. 1:19-CV-1723 NONE JDP (PS)<br><br>ORDER RE STIPULATION TO RESCHEDULE THE PRETRIAL SCHEDULING CONFERENCE<br><br>ECF No. 20 |

This court, having considered the stipulation between the parties, finds that good cause exists to reschedule the initial scheduling conference. ECF No. 20. The initial scheduling conference is reset to May 11, 2020, at 2:00 pm. All other deadlines in the scheduling order, ECF No. 12, remain. Further, the court also acknowledges that the United States will file a responsive pleading to any First Amended Complaint within 30 days after it is filed.

IT IS SO ORDERED.

Dated:   February 13, 2020                                               /s/ Jeremy Peterson
                                                                           UNITED STATES MAGISTRATE JUDGE

No. 204.