UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELTON,<br><br>         Plaintiff,<br><br>   v.<br><br>ROBERT WILKIE,<br><br>         Defendant. | Case No.  1:19-cv-01723-NONE-JDP<br><br>ORDER GRANTING IN PART DEFENDANT'S REQUEST<br><br>ECF No. 42<br><br>ORDER RESETTING THE INITIAL SCHEDULING CONFERENCE |

Defendant seeks to vacate the initial scheduling conference, ECF No. 42, while his motion to dismiss, ECF No. 33, is pending.  Because an initial scheduling conference, if still needed, will be more practical after the pending motion to dismiss is decided, defendant's request is granted in part.  The court hereby resets the initial scheduling conference from August 20, 2020, to January 21, 2021, at 11:30 a.m.

IT IS SO ORDERED.

Dated:    August 12, 2020             _____
                                       UNITED STATES MAGISTRATE JUDGE

No. 204.