IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAURA ELTON, | CASE NO. 1:19-CV-1723 NONE HBK |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO VACATE THE PRETRIAL SCHEDULING CONFERENCE |
| v. | (Doc. No. 45) |
| ROBERT WILKIE, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, | ORDER RESETTING INITIAL SCHEDULING CONFERENCE |
| Defendant. | |

Pending before the Court is Defendant's motion to vacate the January 21, 2020 Scheduling Conference. (Doc. No. 45). Defendant requests the initial Scheduling Conference be postponed until after the court rules on Defendant's motion to dismiss filed on April 2020 (Doc. No. 33), which remains pending. (*Id*.). The Court finds a scheduling conference would be more practical after the motion to dismiss is decided.

**Accordingly:**

1. Defendant's motion to vacate the January 21, 2020 Scheduling Conference (Doc. No. 45) is **GRANTED**.

2. The initial Scheduling Conference is reset for **May 27, 2021 at 9:00 a.m.**.

IT IS SO ORDERED.

Dated:   January 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE