UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS MCDONOUGH, Secretary of the Department of Veteran Affairs,<br><br>　　　　　　Defendant. | No. 1:19-cv-01723-NONE-HBK<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**(TWENTY-ONE DAY DEADLINE)** |

On June 7, 2021, the court entered an order (Doc. No. 51) granting defendant's motion to dismiss (Doc. No. 33). In light of plaintiff's notice of unavailability (Doc. No. 50), the court gave plaintiff 90 days to amend her complaint. The deadline for leave to amend has expired, and plaintiff has not filed an amended complaint. Accordingly, within 21 days of the date of this order, plaintiff shall show cause why this matter should not be dismissed for failure to prosecute. Plaintiff is warned that failure to comply with this order may result in dismissal of this case without further notice.

IT IS SO ORDERED.

Dated: __**October 8, 2021**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1