UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DENIS MCDONOUGH, Secretary of the Department of Veteran Affairs,<br><br>    Defendant. | No. 1:19-cv-01723-NONE-HBK<br><br><br>ORDER DISMISSING CASE |

On June 7, 2021, the court granted defendant's motion to dismiss. (Doc. Nos. 33, 51). In light of plaintiff's notice of unavailability (Doc. No. 50), the court provided plaintiff 90 days to amend her complaint. That deadline expired without plaintiff filing an amended complaint. On October 12, 2021, the court then ordered plaintiff to show cause within 21 days why this matter should not be dismissed for failure to prosecute. (Doc. No. 52.) Plaintiff was warned that her failure to respond "may result in dismissal of this case without further notice." *Id*.

/////

/////

/////

/////

1

Plaintiff has failed to respond to the October 12, 2021 order or otherwise communicate with the court.  Accordingly, this case is DISMISSED.

The Clerk of the Court is directed to assign a district judge to this case for the purposes of closure and then to CLOSE THS CASE.

IT IS SO ORDERED.

Dated: __**November 12, 2021**__         _____
                                          UNITED STATES DISTRICT JUDGE